**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**NORTHERN DIVISION**

**CASE NO. 00-8093-CIV-DIMITROULEAS/JOHNSON**

**KELIE MATHEWS, f/k/a**
**KELIE BRODZINSKI,**

    **Plaintiff,**

vs.

**THE PROFESSIONAL GOLFERS'**
**ASSOCIATION OF AMERICA,**

    **Defendant.**
_____/

## SPECIAL VERDICT

We, the jury, return the following verdict:

1. Did Kelie Mathews' primary duty consist of the performance of office or non-manual work directly related to management policies or general business operations of the company or the company's customers?

   YES __✓__     NO _____

2. Did Kelie Mathews' primary duty include work requiring the exercise of discretion and independent judgment?

   YES __✓__     NO _____

SO SAY WE ALL this __6__ day of September, 2001.

                    _____
                    Foreperson

