**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-8093-CIV-DIMITROULEAS/JOHNSON**

KELIE MATHEWS, f/k/a
KELIE BRODZINSKI,

    Plaintiff,

vs.

THE PROFESSIONAL GOLFERS'
ASSOCIATION OF AMERICA,

    Defendant.

_____/



FILED by D.C.
SEP 17 2001
CLERK U.S. DIST. CT.
S.O. OF FLA. - W.P.B.

## FINAL JUDGMENT FOR DEFENDANT
## AND ORDER CLOSING CASE

**THIS CAUSE** came on for trial before a jury, Chief United States Magistrate Judge Linnea R. Johnson presiding by consent of the parties under 28 U.S.C. §636(c), on Plaintiff's claim for overtime compensation pursuant to the provisions of the Fair Labor Standard's Act, 29 U.S.C. §201 *et seq.* The factual issues having been tried and the jury having rendered its unanimous Special Verdict in favor of the Defendant the Professional Golfers' Association of America, filed September 14, 2001 and in accordance with the Court's Conclusions of Law, filed simultaneously herewith, it is hereby

**ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendant the Professional Golfers' Association of America and against the Plaintiff

Kelie Mathews and that Plaintiff take nothing by this action. This action is hereby dismissed on the merits and all pending motions are hereby rendered moot. The Court retains jurisdiction to assess any fees and/or costs which may be appropriate pursuant to a properly and timely filed motion as required by Fed. R. Civ. P. 54(d).

**DONE AND ORDERED** this 14th day of September, 2001 in Chambers, at West Palm Beach, Florida.

LINNEA R. JOHNSON
CHIEF UNITED STATES MAGISTRATE JUDGE

CC: The Honorable William P. Dimitrouleas
Greg I. Shavitz, Esq.
Lisa Rogers, Esq.